UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:19-cr-260-Orl-41DCI

EDGAR JOHAN DIAZ-COLON

**UNOPPOSED MOTION TO SEAL GOVERNMENT'S UNREDACTED SENTENCING MEMORANDUM AND EXHIBITS**

The United States of America moves for leave to file under seal exhibits to its sentencing memorandum, which will include video recordings and transcripts of the forensic interviews of two minor victims. The United States requests this relief in order to protect the privacy of the minor victims.

Pursuant to Local Rule 3.01, the undersigned certifies that she has conferred with opposing counsel, who does not oppose this motion.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  */s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington St., Ste. 3100
Orlando, Florida   32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:      emily.chang@usdoj.gov

U.S. v. DIAZ-COLON                    Case No. 6:19-cr-260-Orl-41DCI

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jenna Kelly, Esq.
Assistant Federal Defender

/s/ Emily C. L. Chang
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:     emily.chang@usdoj.gov