## UNITED STATES OF AMERICA

## VS.

## EDGAR JOHAN DIAZ- COLON
### Case No: 6:19-CR-00260-CEM-DCI

---

### Mitigation Appendix

**A. Psychological Report from Dr. Ruiz**
*Report included as an addendum to the Pre-Sentence Report*

**B. Letters of Support & Photographs**

Carmen Guevarra- Estrella, *Grandmother*. .............................................. B-1
Translation Attached

Collage of Childhood Photographs. ........................................................ B-2

Melinda Colon, *Mother* .......................................................................... B-3

Rubmelia Agostini, *Friend* ..................................................................... B-4

**C. Transcript from EDIC College**

**D. Civil Air Patrol**

Cadet Personnel Information. ................................................................. D-1

Certificates of completion & appreciation. ................................................ D-2

Photograph ........................................................................................ D-3

**E. Employment Verification**

Letter from *BOSLEY* .................................................................... E-2

JAMES T. SKUTHAN ACTING
FEDERAL DEFENDER


*/s/ Ali Kamalzadeh*
Ali Kamalzadeh
Assistant Federal Defender
201 S. Orange Ave., suite 300
Orlando, Florida 32801
FL Bar # 0115995

August 21, 2020


Dear Judge Mendoza:

My name is Carmen Guevara-Estrella. I am Edgar Johan Diaz-Colon's grandmother. I am 75 years old and live with my husband in Punto Santiago, Puerto Rico.

I wanted to write to you about my grandson, Edgar.  I raised my grandson since he was three months old. My husband at the time, Mr. William Rodriguez, and I, legally adopted him. Edgar's mother had two other children from another marriage and we asked her to give him to us and she gave in. Edgar was my first grandchild and was the Apple of my husband's eye. Sadly, after our separation, he took his life. Edgar was about five years old. I think that my husband's death affected him. After he died, Edgar asked about him a lot.

Edgar's mother lived 15 minutes away from us, but she never visited him.  Edgar saw his mother very few times in his life. He was always sad and asked about her. I gave him love, but noticed that there was a sadness in him. He would ask why his siblings lived with her and he did not. Edgar and I love each other very much. We were always together. He was an intelligent and good boy, but as I said, he was always sad.

When he was young, he entered an academy called Civil Air Patrol. There, he helped the community with natural disasters.  He liked to help others and to be a volunteer when there were hurricanes or floods. Edgar had a good heart. When he saw an elderly person, he would help them carry their bags or to cross [the street].

When he was 15 or 16 years old, he suffered from depression and was hospitalized.  It is my understanding that he had taken some pills to take his life. I remember that afterwards, he took antidepressant pills.

He went to school at Edic [sic] College and studied to be an operating room technician. He did very well. He also studied Culinary Arts in Caguas, Puerto Rico. He liked to cook.

Judge, I do not know many details of what my grandson has done. I have only been told that it has to do with inappropriate images of children on his computer. All of this has me in a bad way. I have suffered very much. Sometimes, I do not sleep because I am thinking of him. I am very concerned about him and his future. I am worried about the depression. Judge, I ask for mercy for him, because he is a good boy.

Sincerely,

{*Signature*}

Carmen Guevara-Estrella

Translator:     Maria Lucero Lando
Date:           08/24/2020

21 de Agosto 2020

Querido Juez Mendoza,

Mi nombre es Carmen Guevara-Estrella soy la abuela (madre) de Edgar Johan Diaz-Colon. Yo vivo en Punto Santiago, Puerto Rico tengo 75 anos y vivo con mi esposo.

Le queria escribir acerca de mi nieto Edgar. Yo crie a mi nieto desde que tiene 3 meses de nacido. Yo y mi esposo, en ese entonce el senor William Rodriguez, lo adoptamos legalmente. La madre de Edgar tenia dos ninos mas de otro matrimonio y nosotros le pedimos que nos lo diera y ella sedio. Edgar fue mi primer nieto. Edgar era la luz de los ojos de mi esposo. Pero lamentablemente, mi esposo despues de nuestra separacion, cuando Edgar tenia como 5 anos, el se quito la vida. Pienso que la muerte de mi esposo lo affecto. Despues que el murio Edgar preguntaba mucho por el.

La mama de Edgar vivia a 15 minutos de nosotros pero ella nunca lo visito. Edgar vio a su mama muy poca veces en su vida. El siempre estaba triste y preguntaba por ella. Yo siempre le di amor pero notaba que habia una tristeza en el. El preguntaba que porque sus hermanos vivian con ella y el no. Yo y Edgar nos queremos muchisimo. Siempre estuvimos juntos. El fue un nino inteligente y bueno pero como dije siempre con tristeza.

Cuando era joven ingreso en una academia llamada civil air patrol. Ahi ayuda a la communidad con desastres naturales. A el le gustaba ayudar a los demas y ser voluntaries cuando sucedian huracanes or inundaciones. Edgar tenia un buen corazon, cuando el veia un persona de edad iba y lo ayudaba a carga sus bolsas o a cruzar.

Cuando tenia como 15 or 16 anos el esta sufriendo de depression y tuvo hospitalizado. Entiendo que se habia tomado unas pastilla en contra de su vida. Recuerdo que despues de eso el tomo pastille para la depression.

El fue a la escuela y estudia technico de sala de operation en Edic College y hizo muy bien. Tambien estudio arte culinaria en Caguas, Puerto Rico. Le gustaba cocinar.

Senor juez no se mucho detalle de lo que mi nieto ha hecho. Solo me han dicho que teine que ver con imagenes inappropriada de ninos en su computadora. Todo esto me tiene mal. He sufrido muchisimo. Aveces no puedo dormir pensando en el. Estoy muy preocupada por el y su futuro. Me preocupo por la depression. Senor Juez le pido pieda por el porque el es un buen muchacho.


Attentamente,


Carmen Guevara-Estrella

August 24, 2020

Dear Judge Mendoza:

My name is Melinda Colon. I am Edgar Diaz Colon's mother. What little I can say is that I know that I was not in my son's life. His grandmother raised him since he was very young. When Johan was young, I was pregnant with my fourth child and I already had two before Johan. Afterwards, I had two more. I had a total of six sons. I know that my son missed me a lot and I know it might had affected his life. I never visited him, but I always stayed in contact.

I do not know how to explain how my son has come to this. The accusations are very serious and I do not condone this. I only ask for mercy for my son. I understand that he is facing a severe sentence. I would like him to find help and for him to get out some day.

I would like to take this opportunity to ask for my son to forgive me.

Sincerely,

[Signature]

Translator:     Maria Lucero Lando
Date:           08/25/2020

agosto 24/2020

Querido Juez Mendoza

Mi Nombre es Melinda Colón
Madre de EdgarJ Diaz colon
lo poco que puedo decir es
que entrendo que No estuve
en la vida de Mi hijo.
Su abuela lo crio desde muy
pequeño Cuando Johan estaba
pequeño yo estaba embarazado
Cuarto hijo y ya tenia 2 mas
anter de Johan. despues tuve 2
mas. tuve 6 hijos Varones en total
Se que le hize mucha falta a mi
hijo y se que le pudo ver afectado
en su vida. nunca lo visite pero
Siempre mantuve Comunicáón nose
Como explicar Como hijo ha llegado
a eso.

②

Las acusaciones son bien
fuertes. y yo esto no lo apoyo
Solo le pido pieda por mi hijo
entiendo que esta mirando una
penalidad severa quiesiera
que buscara ayuda y que pudiera
Salir algun dia quisiera tomar
esta oportinidad para pedirle
perdon a mi hijo

## U.S. vs Edgar Johan Diaz-Colon

 

**Above:** Mr. Diaz-Colon at 3 months old when grandmother Carmen adopted him with her husband William.

**Below:** Mr. Diaz-Colon at age 3, with his grandfather William that he called "*Atu*". William loved Edgar and was always with him. William commited suicide when Edgar was about 4 to 5 years old. Edgar states his recalls his grandmother crying in her room.



## U.S. vs Edgar Johan Diaz-Colon



**Above:** In photograph, Edgar and his grandmother Carmen, whom he calls, "mom". Edgar saw his bioligical mother very few times in his life. He never had a relationship with her. He would see his brothers more often. He recalls while growing up, his brothers resented him as he lived in a better home and use to be spoiled by his grandparents. Meanwhile Edgar resented them for living with his mother, something Edgar wanted. To this day Edgar cries about his mother not wanting him.

**Below**: Edgar, Carmen and a neighbor.



## U.S. vs Edgar Johan Diaz-Colon



Edgar at age 5 while he attended headstart program at Juquito, Puerto Rico. Grandmother work in food service at a school in Juguito and she placed Edgar in a head start program where she was able to pick him up.

Later on that year is when his father commits suicide.

## U.S. vs Edgar Johan Diaz-Colon



Mr. Diaz-Colon about the age of 7.  It was during this time, that he states his older brother, age 13 or 14 at the time, molested him on two occasions.   On both occasions there was penetration.  He recalls his brother being 13 or 14 years old at the time.  Edgar never disclosed this to anyone.  The instances occurred in his home where he lived with his grandmother.

May 4, 2020

Honorable Judge Carlos Mendoza,

United States Court for the Middle District of Florida

401 W Central Blvd

Orlando, FL 32801

RE: *Edgar J Diaz- Colon*

*Case # 6:19-cr-260-Orl-41 DCI*

This is a character letter regarding Edgar J Diaz- Colon.

My name is Rubnelia Agostini, I am a Personal Assistant for *Hand in Hand Together Home Care* in 329 East 149th street, 3rd floor Bronx, New York 10457. I have been a friend of Mr. Diaz-Colon for about 10 years.  Diaz- Colon and I have remained close friends after he moved out to Florida with his daughter and Ex-wife.

I met Diaz- Colon at a Barber Shop where he became my son's barber and also my daughter's hair stylist, therefore him and I became closet friends. The first thing that I always have appreciated from Edgar was his honesty I was able to observe and learn a lot from his present and past life experiences and struggles. I was a witness of how hard working he was and the type of head of household he was to support and maintain his family and how much he was struggling with the relationship he was in.  Edgar was the one to cook, wash clothes, clean the house, work to pay the bills, took care of his daughter and his ex- wife's son. Unfortunately, I was also a witness to how he used percocet and marihuana to cope with stress and anger.  I have witnessed him become so angry and punch the wall many times in attempt to hurt himself.  I saw him struggle emotionally in his relationship with his ex.  I recall when he went to Florida, he learned she was unfaithful to him and then she kicked him out of the home. Edgar continue working as a barber and an Uber driver but that was not enough to make ends meet.  He was homeless for a few months.  Many times he will have to go up to parks to shower in public bathrooms and times not even a hot plate of food to eat.

He completely lost everything after his break up with his wife. I recalled he attempted to take his life by crashing a car he was driving.

I know Edgar Diaz- Colon was abandoned when he was 3 months old by his mother and was given to his father side grandmother Carmen "Yuyita" she raise him and educated him as best as possible Edgar parents never care or looked for him, as a young adult despite the fact he was educated and raise correctly he started having bad association with the wrong friends. He shared having witnessed his cousin murdered in front of him.

I know him to be an industrious, hardworking, family man who is community-minded and other-centered.

I am aware of the charges Diaz-Colon's has plead guilty of and the severity of the case. I truly truly believe that Diaz- Colon could not have been in his right state of mind. I have seen him under the influence and I have seen the transformation. I feel certain he was on some drugs. This is not like the person that I have come to know. I have been in communication with him since his incarceration for this case and he is beyond regretful, remorseful, ashamed, and horrified over his actions. He is very depressed. I know given the charges it may be hard to believe that he is a good family man but he is.

Your honor I can only ask for you to sentence Edgar Colon-Diaz to the least time possible. I am worried about his depression and mental health. He will be paying for this for the rest of life no matter how much time he is given. The guilt and pain he is carrying will burden him for the rest of his life.

Thank you for your consideration.

Sincerely,

Rubmelia Agostini

**EDIC COLLEGE**

P O BOX 9120

CAGUAS PR  00726

# TRANSCRIPCION DE CREDITOS

## CERTIFICADO CONFERIDO EN :

## TECNICO QUIRURGICO

DIAZ COLON  EDGAR J.

P.O. BOX 472

PUNTA SANTIAGO    PR 00741

No. Est.:   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

FECHA COMIENZO:      06-Sep-2006

FECHA GRADUACION:    27-Feb-2008

PROMEDIO GENERAL :    3.12

CR. REQUERIDOS:    51.0

CR. APROBADOS:     51.0

| NO. | CURSO | CR | PH | NOTA |
|-----|-------|-----|-----|------|
| **SEMESTRE PRINCIPAL:**  06-Sep-2006 @ 18-Ene-2007 | | | | |
| **1. TÉRMINO :**  06-Sep-2006 @ 30-Oct-2006 | | | | |
| COMP 1007 | INTRODUCCION A LAS COMPUTADORAS | 1.0 | 3.0 | B |
| REHU 1005 | RELACIONES HUMANAS | 2.0 | 4.0 | C |
| TQS 1900 | DESARROLLO VOCACIONAL DEL TECNICO QUIRUGICO, ASPECTOS ETICOS LEGALES | 2.0 | 6.0 | B |
| TQS 1901 | ANATOMIA Y FISIOLOGIA HUMANA | 4.0 | 12.0 | B |
| TQS 1904 | ORGANIZACION DE LA SALA DE OPERACIONES | 2.0 | 6.0 | B |
| **2. TÉRMINO :**  31-Oct-2006 @ 18-Ene-2007 | | | | |
| TQS 1902 | MICROBIOLOGIA APLICADA A LA PRACTICA EN SALA DE OPERACIONES | 2.0 | 6.0 | B |
| TQS 1903 | FUNDAMENTOS DEL TECNICO QUIRURGICO | 4.0 | 8.0 | C |
| TQS 1907 | PRINCIPIOS BASICOS DE ANESTESIA | 2.0 | 6.0 | B |
| | P.A. POR PERIODO:      2.68 | 19.0 | 51.0 | |
| **SEMESTRE PRINCIPAL:**  22-Ene-2007 @ 16-May-2007 | | | | |
| **1. TÉRMINO :**  22-Ene-2007 @ 14-Mar-2007 | | | | |
| TQS 1905 | PRINCIPIOS Y METODOS DE DESINFECCION Y ESTERILIZACION | 4.0 | 12.0 | B |
| TQS 1908 | INSTRUMENTACION Y COLOCACION DE LOS CAMPOS QUIRURGICOS | 4.0 | 12.0 | B |
| **2. TÉRMINO :**  15-Mar-2007 @ 16-May-2007 | | | | |
| TQS 1906 | CLASIFICACION DE CIRUGIA Y EQUIPO ESPECIALIZADO | 4.0 | 8.0 | C |
| TQS 1918 | TECNICAS ESPECIALES | 4.0 | 16.0 | A |
| TRAB 1010 | EL MUNDO DEL TRABAJO | 2.0 | 8.0 | A |

| A | EXCELENTE | B | BUENO | IB | INCOMPLETO | C | SATISFACTORIO | IC | INCOMPLETO |
|---|-----------|---|-------|----|-----------| ---|--------------|----|-----------|
| D | DEFICIENTE | ID | INCOMPLETO | F | FRACASADO | IF | INCOMPLETO | R | REPETICION |
| I | INCOMPLETO | P | APROBADA | * | NO REPORTADO | T | TRANSFERENCIA | WF | BAJA ADMINISTR |
| WP | BAJA PARCIAL | WT | BAJA TOTAL | | | | | | |

OFFICIAL

REMARKS

REGISTRADOR

SELLO OFICIAL

## ACCREDITATION

EDIC College is institutionally accredited by the Accrediting Bureau of Health Education Schools (ABHES) to award Diplomas, Associate and Bachelor Degrees. It is licensed by the Puerto Rico Council of Education.

## COURSE NUMBERING SYSTEM

- The courses are identified by a code that consists of four letters followed by a three-digit number.
- The letters identify the name of the program or course in English language; the numbers identify the level, area or program and the sequence of the course within the area or program.
- The assignment of numerical codes takes into account the sequence of courses within the program, as well as the level of complexity of the course within the program.
- Online Programs courses that are also offered in residential mode are identified by a four-letter code followed by a four-digit number in order to identify them according to their modality.

Following are the different Academic Levels:

| Academic Level | Codification |
|---|---|
| Diploma or Certificate Programs | 100 |
| Associate Degree Courses (freshman and sophomore year) | 200 |
| Bachelor Degree Courses | 200 - 400 |
| Online Program Courses | 2000 - 4000 |

## CREDIT UNIT

EDIC College is an institution that offers programs in credits. The programs offered are based on semesters and credit hours. Breaks are established according to the criteria of the Federal Education Department. One credit equals 15 hours of lecture, 30 hours of laboratory, and 45 hours of practice for diploma programs. Beginning September 2019 one credit will equal 30 hours of lecture, 30 hours of laboratory and 45 hours of practice for diploma programs, this will only apply for new enrollments after this date. One credit equals 15 hours of lecture, 30 hours of laboratory, and 45 hours of practice for associate and bachelor degree programs. One contact hour has a lapse of 50 minutes in the diploma programs and 60 minutes in the degree programs. Students accumulate the credit value officially assigned to each course.

## ACADEMIC CREDIT

A full-time class schedule for an Associate Degree is when a student is enrolled in 12 or more credits per semester. Diploma programs normally comprise between 12 and 24 credits. For each course, the student accumulates the value of credits officially assigned to the course.

## GRADE POINT AVERAGE

To determine the general point average, the equivalent in honor points for each grade is multiplied by the number of credits of each course, and the result is divided by the total number of credits considered. Grades from the courses approved at other institutions and accepted as transfers will not be considered when calculating the general average or other averages.

### GRADE SYSTEM

| Grade | Equivalency | Value | Scale | Percentages |
|---|---|---|---|---|
| A | Excellent | 4 | 4.00 - 3.50 | 100 – 90 |
| B | Good | 3 | 3.49 - 2.50 | 89 – 80 |
| C | Satisfactory | 2 | 2.49 - 1.60 | 79 – 70 |
| D | Poor | 1 | 1.59 - 0.80 | 69 – 60 |
| F | Failing | 0 | 0.79 - 0.00 | 59 –  0 |

In addition, EDIC College has established alternate grades used as symbols for specific situations. These grades are shown below:

| Symbol | Equivalency |
|---|---|
| W | Withdrawal |
| R* | Indicates Retaken Override |
| P | Approved |
| L | Laboratory |
| T | Transfer |
| # | Indicates Pass/Fail Course |
| ** | Indicates Retaken Course |
| ♦ | Indicates Associated Course |
| IP | In Progress |
| TW | Tuition Waiver |

The symbols included in the previous chart are used in certain circumstances, but they are not included when determining students' accumulative academic average. However, they are considered when computing attempted credits vs. approved credits, which can affect the students' Satisfactory Academic Progress.

# EDIC COLLEGE

P O BOX 9120

CAGUAS PR 00726

## TRANSCRIPCION DE CREDITOS

## CERTIFICADO CONFERIDO EN :

## TECNICO QUIRURGICO

DIAZ COLON EDGAR J.

P.O. BOX 472

PUNTA SANTIAGO    PR 00741

No. Est.:  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

FECHA COMIENZO:    06-Sep-2006

FECHA GRADUACION:    27-Feb-2008

PROMEDIO GENERAL :    3.12

CR. REQUERIDOS:    51.0

CR. APROBADOS:    51.0

| NO. | CURSO | | CR | PH | NOTA |
|-----|-------|---|-----|-----|------|
| | | P.A. POR PERIODO:    3.11 | 18.0 | 56.0 | |

**SEMESTRE PRINCIPAL:**   09-Oct-2007 @ 27-Feb-2008

**1. TÉRMINO :**      09-Oct-2007 @ 27-Feb-2008

| NO. | CURSO | CR | PH | NOTA |
|-----|-------|-----|-----|------|
| TQS 1910 | CIRUGIA GENERAL | 2.0 | 8.0 | A |
| TQS 1911 | GINECOLOGIA Y OBSTETRICIA | 2.0 | 6.0 | B |
| TQS 1912 | CIRUGIA UROLOGENITAL | 2.0 | 8.0 | A |
| TQS 1913 | CIRUGIA OTORINOLARINGOLOGICA | 2.0 | 6.0 | B |
| TQS 1914 | CIRUGIA ORTOPEDICA | 2.0 | 8.0 | A |
| TQS 1915 | CIRUGIA NEUROLOGICA | 2.0 | 8.0 | A |
| TQS 1917 | CIRUGIA CARDIOVASCULAR Y TORAXICA | 2.0 | 8.0 | A |
| | P.A. POR PERIODO:    3.71 | 14.0 | 52.0 | |

51.0     159.0

CONFIDENTIAL RECORD FOR YOUR EXCLUSIVE USE NOT TO BE GIVEN TO THE STUDENT UNDER ANY CIRCUMSTANCES

NO RECORD BELOW TIS LINE

| | | | | | |
|---|---|---|---|---|---|
| A  EXCELENTE | B  BUENO | IB  INCOMPLETO | C  SATISFACTORIO | IC  INCOMPLETO | |
| D  DEFICIENTE | ID  INCOMPLETO | F  FRACASADO | IF  INCOMPLETO | R  REPETICION | |
| I  INCOMPLETO | P  APROBADA | *  NO REPORTADO | T  TRANSFERENCIA | WF  BAJA ADMINISTR | |
| WP  BAJA PARCIAL | WT  BAJA TOTAL | | | | |

OFFICIAL

REMARKS

REGISTRADOR

SELLO OFICIAL

## ACCREDITATION

EDIC College is institutionally accredited by the Accrediting Bureau of Health Education Schools (ABHES) to award Diplomas, Associate and Bachelor Degrees. It is licensed by the Puerto Rico Council of Education.

## COURSE NUMBERING SYSTEM

- The courses are identified by a code that consists of four letters followed by a three-digit number.
- The letters identify the name of the program or course in English language; the numbers identify the level, area or program and the sequence of the course within the area or program.
- The assignment of numerical codes takes into account the sequence of courses within the program, as well as the level of complexity of the course within the program.
- Online Programs courses that are also offered in residential mode are identified by a four-letter code followed by a four-digit number in order to identify them according to their modality.

Following are the different Academic Levels:

| Academic Level | Codification |
|---|---|
| Diploma or Certificate Programs | 100 |
| Associate Degree Courses (freshman and sophomore year) | 200 |
| Bachelor Degree Courses | 200 - 400 |
| Online Program Courses | 2000 - 4000 |

## CREDIT UNIT

EDIC College is an institution that offers programs in credits. The programs offered are based on semesters and credit hours. Breaks are established according to the criteria of the Federal Education Department. One credit equals 15 hours of lecture, 30 hours of laboratory, and 45 hours of practice for diploma programs. Beginning September 2019 one credit will equal 30 hours of lecture, 30 hours of laboratory and 45 hours of practice for diploma programs, this will only apply for new enrollments after this date. One credit equals 15 hours of lecture, 30 hours of laboratory, and 45 hours of practice for associate and bachelor degree programs. One contact hour has a lapse of 50 minutes in the diploma programs and 60 minutes in the degree programs. Students accumulate the credit value officially assigned to each course.

## ACADEMIC CREDIT

A full-time class schedule for an Associate Degree is when a student is enrolled in 12 or more credits per semester. Diploma programs normally comprise between 12 and 24 credits. For each course, the student accumulates the value of credits officially assigned to the course.

## GRADE POINT AVERAGE

To determine the general point average, the equivalent in honor points for each grade is multiplied by the number of credits of each course, and the result is divided by the total number of credits considered. Grades from the courses approved at other institutions and accepted as transfers will not be considered when calculating the general average or other averages.

### GRADE SYSTEM

| Grade | Equivalency | Value | Scale | Percentages |
|---|---|---|---|---|
| A | Excellent | 4 | 4.00 - 3.50 | 100 - 90 |
| B | Good | 3 | 3.49 - 2.50 | 89 - 80 |
| C | Satisfactory | 2 | 2.49 - 1.60 | 79 - 70 |
| D | Poor | 1 | 1.59 - 0.80 | 69 - 60 |
| F | Failing | 0 | 0.79 - 0.00 | 59 - 0 |

In addition, EDIC College has established alternate grades used as symbols for specific situations. These grades are shown below:

| Symbol | Equivalency |
|---|---|
| W | Withdrawal |
| R* | Indicates Retaken Override |
| P | Approved |
| L | Laboratory |
| T | Transfer |
| # | Indicates Pass/Fail Course |
| ** | Indicates Retaken Course |
| ♦ | Indicates Associated Course |
| IP | In Progress |
| TW | Tuition Waiver |

The symbols included in the previous chart are used in certain circumstances, but they are not included when determining students' accumulative academic average. However, they are considered when computing attempted credits vs. approved credits, which can affect the students' Satisfactory Academic Progress.

**Personnel Information For:** CADET Edgar Diaz  291704   **LSCode:**
**Location:** PUNTA SANTIAGO, PR 00741

## General Info

**Organization**

SER-PR-138

| Gender | Type | Rank | Date of Rank | Joined | Expires | Profession |
|--------|------|------|--------------|--------|---------|------------|
| MALE | CADET | CADET | | 26 Jan 2000 | 31 Jan 2003 | |

| Height | Weight | Eye Color | Hair Color | Date of Birth |
|--------|--------|-----------|------------|---------------|
| 0 | 0 | | | ███ 1986 |

| CAP Driver's License | Branch of Service | Military Dependant |
|----------------------|-------------------|--------------------|
| | | false |

| Emergency Contact | Emergency Phone |
|-------------------|-----------------|
| | |

## Contacts

| Type | Priority | Contact |
|------|----------|---------|
| HOME PHONE | PRIMARY | (█████████ |

## Encampments

| Location | Date Completed |
|----------|----------------|
| CECADER , Aguadilla, PR | 17 Jul 2000 |

## Promotions

| Rank | Date of Rank | Criteria |
|------|--------------|----------|
| CDT | 26 Jan 2000 | |

From: Juan diaz      Fax: 16106454514      To:      Fax: (407) 648-6095      Page: 3 of 6      03/17/2020 10:24 AM




# United States Air Force Auxiliary
## Civil Air Patrol



Certificate of
Accomplishment

This is to certify that

*Edgar Diaz*

PR138

Has completed the PR Wing Cadet Program Summer Encampment 2000
Held in Aguadilla, PR.
Given this 21st day of July 2000

Col. Gerald P. Irons
Wing Commander

1st. Lt Jorge E. Lopez
Encampment Commander



# CIVIL AIR PATROL

# CERTIFICATE
## OF
# APPRECIATION

### AWARDED TO



TYPE B EMCAMMPMENT

C / DIAZ EDGAR

## IN RECOGNITION OF OUTSTANDING ASSISTANCE TO
## CIVIL AIR PATROL

Given This JULY          Day of     21          2000



Commander



Mr. Diaz-Colon during his participation with the United States Air Force Auxiliary *Civil Air Patrol*. Mr. Diaz Colon joined in January 26, 2000 to January 31, 2003 (ages 14 to 17) with the unit in Aguadilla, Puerto Rico.



# BOSLEY

05/18/2020

Middle District of Florida Defender's Office,

This is to verify you that Edgar J. Diaz Colon's employment status with Bosley as a Medical Assistant is Terminated. He was active from 11/29/2011 – 12/05/2011. Termination was involuntary (protocol failure). Rate was at $13.00 at termination.

Sincerely,

*Kevin Mercurio*



**Kevin Mercurio** | *HR Analyst*
9100 Wilshire Blvd, East Tower Penthouse, Beverly Hills, CA 90212
**P:** 310.288.4435 | **F:** 323.861.1809 | **E:** kevinm@bosley.com

Cc: File