UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      v.                Case No. 6:19-cr-260-Orl-41DCI
                                      (Forfeiture)

**EDGAR JOHAN DIAZ-COLON**

## UNITED STATES' MOTION FOR
## FINAL JUDGMENT OF FORFEITURE

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States hereby moves for a Final Judgment of Forfeiture for the Apple iPad min 4 - serial number F9FRM1B9GHMG and a Black, 16GB, SanDisk micro SD card. In support of its motion, the United States submits the following memorandum of law.

## MEMORANDUM OF LAW

**I.**    **Statement of Facts**

1.    On June 26, 2020, pursuant to 18 U.S.C. § 2253, the Court entered a Preliminary Order of Forfeiture for the above-referenced electronic equipment. Doc. 38.

2.    In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the electronic equipment on the official government website, www.forfeiture.gov, from June 30, 2020 through July 29, 2020. Doc. 42. The publication gave notice to all third parties with a legal interest in the electronic equipment to file

with the Office of the Clerk—United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120—a petition to adjudicate their interests within 60 days of the first date of publication.

3. No third party filed a claim to the electronic equipment and the time for doing so has expired.

II. **Applicable Law**

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, from June 30, 2020 through July 29, 2020. Doc. 42. Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be by any means described in Supplemental Rule G(4)(a)(iv). Publication gave notice to all those who might

have an interest in the assets of the United States' intent to dispose of the property, and gave instructions on filing a petition to adjudicate their interests in the assets.   In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest.   In this instance, the first date of internet publication was June 30, 2020.   Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the electronic equipment was August 29, 2020, and the time for filing such petition has expired.

No person, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have any potential interest in the electronic equipment.   No additional party has filed a petition or claimed an interest in the electronic equipment, and the time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Judgment of Forfeiture for the electronic equipment.

### III.   Conclusion

The United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), the Court enter a final order forfeiting to the United States all right, title and interest in the electronic equipment described

above for disposition according to law and vesting clear title to the property in the United States.

          Respectfully submitted,

          MARIA CHAPA LOPEZ
          United States Attorney


    By: s/Nicole M. Andrejko
       NICOLE M. ANDREJKO
       Assistant United States Attorney
       Florida Bar Number 0820601
       400 West Washington Street, Suite 3100
       Orlando, Florida 32801
       (407) 648-7500 – telephone
       (407) 648-7643 – facsimile
       E-mail: nicole.andrejko@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ali Kamalzadeh, Esquire
Jenna Kelly, Esquire


          s/Nicole M. Andrejko
          NICOLE M. ANDREJKO
          Assistant United States Attorney